17844.   SOUTHLAND LOAN & INVESTMENT CO. *v.* TRUELOVE *et al.*

LUKE, J.   Under the decision of this court in *East River National Bank* v. *Ellman,* 36 *Ga. App.* 263 (136 S. E. 799), the petition for certiorari in the instant case did not plainly and distinctly set forth the errors complained of; and such a petition not being amendable, it should have been dismissed upon the hearing, on the motion of the defendant in certiorari.   See also *Dean* v. *Johnson,* 18 *Ga. App.* 661 (90 S. E. 286); *Green* v. *Patterson,* 25 *Ga. App.* 374, 375 (103 S. E. 437).

> *Judgment reversed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 11, 1927.

Certiorari; from Fulton superior court—Judge Howard.   October 13, 1926.

*Efurd & Phillips, Noah J. Stone,* for plaintiff.

*F. W. Flint, G. H. Cornwell,* for defendants.

Certiorari, 11 C. J. p. 151, n. 51; p. 155, n. 84; p. 184, n. 56.

---

17899.   WALDHOUR *v.* THE STATE.

LUKE, J.   The defendant was found guilty of committing "a notorious act of public indecency," and there was ample evidence to authorize such a finding, which is approved by the trial judge.   The motion for a new trial based on the general grounds only was properly overruled.

> *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 11, 1927.

Public indecency; from city court of Savannah—Judge Rourke. December 30, 1926.

*Gordon Saussy,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74; 17 C. J. p. 271, n. 41.
Obscenity, 29 Cyc. p. 1322, n. 70.